IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

FEDERAL TRADE COMMISSION, : : CIVIL ACTION
          Plaintiff
v. : :

CHECK INVESTORS, INC., : :
CHECK ENFORCEMENT, INC.,
JAREDCO, BARRY SUSSMAN, et al : : #03-2115 (JWB)

### NOTICE OF APPEAL

Notice is hereby given that Check Investors, Inc., Check Enforcement, Inc., Jaredco, and Barry Sussman, defendants in the above matter, appeal to the United States Court of Appeals for the Third Circuit from the Final Order for Judgment and Permanent Injunction filed in this action on July 18, 2005.

Dated: August 17, 2005

STEPHEN ROBERT LACHEEN
ANNE M. DIXON
Attorneys for Check Investors, Inc., et al

1429 Walnut Street, Suite 1301
Philadelphia, PA 19102
215-735-5900
215-561-1860 (fax)

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appeal has been served upon the following via regular mail and e-mail on this date:

Charles T. Hutchins
Senior Subcontracts Administrator
USM-I/KBR Central
APO AE 09316
e-mail: Charles.Hutchins@Halliburton.com

and

Gregory A. Ashe, Esquire
Federal Trade Commission
600 Pennsylvania Avenue, NW
Room NJ-2122
Washington, DC 20580
e-mail: Gashe@ftc.gov

STEPHEN ROBERT LaCHEEN
ANNE M. DIXON
Attorneys for Check Investors, Inc., et al

DATED: August 17, 2005