UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos: 05-3558/3957

FEDERAL TRADE COMMISSION

v.

CHECK INVESTORS, INC.; CHECK ENFORCEMENT;
JAREDCO, INC.; BARRY S. SUSSMAN;
ELIZABETH M. SUSSMAN; CHARLES T. HUTCHINS

Charles T. Hutchins,

Appellant No. 05-3558

———————

Case No: 05-3957

FEDERAL TRADE COMMISSION

v.

CHECK INVESTORS, INC.; CHECK ENFORCEMENT;
JAREDCO, INC.; BARRY S. SUSSMAN;
ELIZABETH M. SUSSMAN; CHARLES T. HUTCHINS

Check Investors, Inc., Check Enforcement,
Jaredco, Inc., Barry S. Sussman

Appellants No. 3957

Argued
October 4, 2006

Before: McKEE, AMBRO and NYGAARD, *Circuit Judges*,

JUDGMENT

This cause came to be heard on the record from the United States District Court

for the District of New Jersey and was argued by counsel on October 4, 2006.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the order of the said District Court entered July 17, 2005 be, and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

Costs taxed against appellants.

ATTEST:

<u>Marcia M. Waldron</u>

Clerk

Dated: September 6, 2007

**Certified as a true copy and issued in lieu of a formal mandate on March 26, 2008**

**Teste:** /s/ Marcia M. Waldron
**Clerk, U.S. Court of Appeals for the Third Circuit**

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk